UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| GEORGE AWADALLA, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| T.B.D. PIZZA, INC. AND ROBERT RIVARD | ) ) |
| Defendants | ) |

Civil Action No. 14-cv-13393

**CORPORATE DISCLOSURE STATEMENT
OF T.B.D. PIZZA, INC.**

Pursuant to Local Rule 7.3, Defendant T.B.D. Pizza, Inc. states that it has no

parent corporation and that no publicly held corporation owns more than ten percent of its

stock.

Defendant
T.B.D. Pizza, Inc.
By its attorneys,

/s/ Howard M. Brown
Howard M. Brown, BBO #547948
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. (617) 422-0200
hmb@bostonbusinesslaw.com

Dated: August 18, 2014

1

**Certificate of Service**

I hereby certify that the above document was filed electronically on August 18, 2014 utilizing the court's ECF system. A notice of the filing of the document was sent by the court's ECF system to all counsel of record who are registered users of the court's ECF system, who may then access the document through the court's ECF system. In addition, I certify that a copy of the foregoing document was served by mail on any attorney of record or pro se party who is not registered to receive electronic filing, as indicated on the Notice of Electronic Filing issued by the court's ECF system.

/s/ Howard M. Brown
Howard M. Brown